**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Julie Anifantis** | JOINT DEBTOR: | CASE NO.: **16-12089-RBR** |
| Last Four Digits of SS# **xxx-xx-4436** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ **1,072.00** for months **1** to **7** ;
    B. $ **1,533.53** for months **8** to **60** ;
    C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **7,550.00 ($3500 + $150 costs; $2500 + $100 costs + $750 MTV +$25 costs + $500Mtn to Mod + $25costs)**   TOTAL PAID $ **2,000.00**
    Balance Due $ **5,550.00** payable $ **231.25** /month (Months **1** to **24** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1. HMC Assets, LLC/BSI**   Arrearage on Petition Date $ **27,170.56**
Address: **C/O Shapiro, Fishman, Gache, LLP**
**2424 North Federal Hwy, Suite 360**
**Boca Raton, FL   33431**
    Regular Payment $ **638.15** /month (Months **1** to **60** )
    Arrears Payment $ **10.14** /month (Months **1** to **07** )
    Arrears Payment $ **400.00** /month (Months **8** to **24** )
Account No: **3720**   Arrears Payment $ **563.88** /month (Months **25** to **60** )

2. **East Lakes in Pembroke HOA**
Address: **Edward F. Holodak**
**7951 SW 6th St, Suite 210**
**Plantation FL 33324**
Account No: **4436**   Regular Payment $ **95.00** /month (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.   A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **East Lakes in Pembroke HOA**<br>**C/O Edward F. Holodak**<br>**7951 SW 6th St, Suite 210**<br>**Plantation FL 33324** | **Homestead:**<br>**9606 NW 15th Ct., Pembroke Pines, FL 33024**<br>**Value: $133,220.00** | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. **-NONE-**   Total Due $ _____
    Payable $ _____ /month (Months ___ to ___ )   Regular Payment $ _____

LF-31 (rev. 01/08/10)

<u>Unsecured Creditors:</u>  Pay $ __**29.72**__ /month (Months __**8**__ to __**24**__ ).

Pay $ __**97.09**__ /month (Months __**25**__ to __**60**__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Modification begins in month 8 which is October, 2016.

Debtor was denied a modification of her loan with HMC Assets, LLC/BSI ("Lender") loan number 3720 for the property located at 9606 NW 15th Ct., Pembroke Pines, FL  33024.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ David Tybor**
**David Tybor, Esq., Attorney for Debtor**
**With Debtor's Knowledge and Consent**

Date:  **September 28, 2016**