

ORDERED in the Southern District of Florida on June 20, 2018.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERLDALE DIVISION

In re:

Julie Irene Anifantis					Case No. 16-12089-RBR
SS# xxx-xx-4436						Chapter 13

Debtor
_____/

**AGREED ORDER VACATING ORDER GRANTING MOTION TO COMPEL DEBTOR TO FILE A MODIFIED PLAN [DE# 111]**

     Upon conference by Debtor's attorney,  BSI Financial Services as Servicing Agent for HMC Assets, LLC solely in its capacity as Separate Trustee of Cam X Trust, and Trustee Robin Weiner, they have agreed to the terms set below and the Court being otherwise fully advised, it is:

     **ORDERED**:

1. The Order Granting Motion to Compel Debtor to file a Modified Plan [DE# 111] is VACATED.

2. The hearing scheduled for June 29, 2018 at 10:00 AM is cancelled [DE# 119].

3. The Objection to Claim 4 [DE# 117] scheduled for June 29, 2018 at 10:00 AM is to be continued to standard Chapter 13 calendar of July 19, 2018 at 1:00 PM.

# # #

<u>Order submitted by</u>:
David Tybor, Esq.
9000 Sheridan St, Suite 95
Pembroke Pines, FL 33024
Tel: (954) 378-8184
Fax: (305) 873-8679
davidl@gtlawyers.com

**David Tybor, Esq. is directed to serve copies of this Order on the interested parties entitled to notice and file a certificate of service.**