UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In Re:                                                                  Case No. 16-12089-RBR

Julie Irene Anifantis                                                   Chapter 13
SSN: xxx-xx-4436
_____Debtor_____/

## NOTICE OF CONTINUED HEARING

**YOU ARE HEREBY NOTIFIED** that the Hearing on the Debtor's **Objection to Claim of HMC Assets, LLC solely in its capacity as separate trustee of CAM X Trust C/O BSI Financial Services [DE# 117]** has been continued to **August 16, 2018** at **1:00 p.m.,** at the **U.S. COURTHOUSE, 299 East Broward Blvd, Room 308, Ft. Lauderdale, FL  33301.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Hearing was served upon the parties on the attached service list on this 23rd day of July, 2018.

## CERTIFICATE OF COMLIANCE

*I further certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(a).*

    Respectfully submitted,

    /s/ David Tybor
    David Tybor, Esq.,
    FBN 57742
    Attorney for Debtor
    9000 Sheridan Street #105
    Pembroke Pines, FL 33024
    Tel: 305-378-8184
    Fax: 305-873-8679
    david@GTLawyers.com

**SERVICE LIST**

Via electronic means to:

Chase A Berger on behalf of Creditor BSI Financial Services
CBerger@ghidottiberger.com, rbecker@ghidottiberger.com, areyes@ghidottiberger.com

Florida Department of Education (Szeto)
benman.szeto@fldoe.org

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services
hintonlawgroup@gmail.com

Carl L Kitchner on behalf of Creditor Broward County Records, Taxes, & Treasury
ckitchner@broward.org, swulfekuhle@broward.org

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason Slatkin, Esq. on behalf of Creditor East Lakes in Pembroke Pines Homeowners Association, Inc.
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com; r53227@notify.bestcase.com

Robin R Weiner
ecf@ch13weiner.com; ecf2@ch13weiner.com

And via regular US Mail to:

Deluca Law Group, PLLC
Maurice D. Hilton, Esq.
2101 NE 26th Street
Ft. Lauderdale, FL  33305

BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, FL  16354

Shapiro, Fishman & Gache, LLP
Edward J. McDonough, Esq.
FL Bar 93249:
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431